UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

FILED
SEP 3 0 2008
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

IN RE:

_____Raejean Bonham_____

Debtor

_____95-00897_____
Bankruptcy Case No.

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT _____David Zimmerman and Cynthia Zimmerman_____
MAILING ADDRESS ___750 W. 116th ave___

___Anchorage, Alaska___ ZIP CODE __99501__

PHONE NUMBER (_907_) __345 6466__

SSN/EIN _____

and that a dividend in the amount of $ 3,087.61 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachment for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend upon this claim.

DATE __9/29/08__  _____[signature]_____
CLAIMANT'S SIGNATURE

DATE: __9/29/08__  _____Cynthia J. Zmm_____
CLAIMANT'S SIGNATURE

CL# 332

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

IN RE: Raejean Bonham    ) Case No. 95-00897
                        )
          Debtor.       )

## PROOF OF RIGHT TO PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

I, [Name of Person Filing Application]  Cynthia J. Zimmerman

of [Address of Person Filing Application]  750 W. 16th Ave

[City, State, Zip Code]  Anchorage, AK 99501

on behalf of  myself , the Claimant on the enclosed *Application for Payment of Dividend from Unclaimed Funds* form, file this *Proof of Right to Payment of Dividend From Unclaimed Funds*. In support of the Application, the undersigned has attached a sworn affidavit attesting to the identity of the person, or officer of the entity entitled to the unclaimed funds, the tax identification number or social security number of the creditor, and certifying that the person or entity on whose behalf this application is made, is a creditor in this bankruptcy case and is the rightful and exclusive claimant of the unclaimed funds for which application is made.

_____  The claimant represents a corporation and provides evidence consisting of Certificate(s)/Articles of Incorporation, Certificate(s)/Article(s) of Mergers or Successor Corporations, Declarations or Reports from the Secretary of State for the state wherein incorporation occurred, invoices and/or statements sent to the Debtor for payment of debts owed to the creditor, a file stamped copy of the Proof of Claim filed in the case. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

_____  The claimant is an individual and provides evidence consisting of document(s) which substantiate the claimant's creditor relationship with the debtor, a file stamped copy of the Proof of Claim filed in the case, a photocopy of the applicant's current driver's license or, in the place of a driver's license, other identification containing the applicant's photograph and current address. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

_____  (If assisted in this Application, check this space also) The undersigned has entered into an agreement or otherwise represents that the undersigned is the Claimant and is being assisted in this Application. The terms and consideration of any such agreement have been attached to this Proof of Right to Unclaimed Funds. A Limited Power of Attorney on the form provided by the Clerk of the U.S. Bankruptcy Court has been completed and is attached to the Application for Payment of Dividend form. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

The undersigned certifies, under penalty of perjury, that the attachments submitted in support of this Proof of Right to Unclaimed Funds are filed in good faith and are intended to recover funds rightfully owned by the Creditor.

Date: 9/29/08

*Cynthia J. Zm*
Creditor's Signature

Print Name: Cynthia J. Zimmerman

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

State of Texas )
) AFFIDAVIT IN SUPPORT OF PROOF
) OF RIGHT TO PAYMENT OF DIVIDEND
) FROM UNCLAIMED FUNDS
County of Travis )

BEFORE ME, the undersigned Notary Public, on this day personally appeared Cynthia J. Zimmerman who being by me first duly sworn, upon his oath deposed and said:

"My name is Cynthia Jill Zimmerman. I am over the age of eighteen years, have never been convicted of a felony, and am fully competent and qualified to make this Affidavit. My Social Security Number/Tax Identification Number is:

In Bankruptcy Case No. 95-00897, Debtor Raejean Bonham,

I hereby certify that I am the rightful and exclusive owner and that I am entitled to the dividend from unclaimed funds for which application is made. I further certify that such dividend is due and owing to me and that I am the creditor or an officer of the creditor duly authorized to apply for and receive the dividend of unclaimed funds for which this application is made." Further affiant sayeth not.

_____
Creditor's Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS 23 day of September 2008, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR

The State of Texas

My Commission Expires on 3/7/2012

[SEAL: JONI G BURKS, Notary Public, State of Texas, My Commission Expires March 07, 2012]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

IN RE: Raejean Bonham ) Case No. 95-00897
)
Debtor. )

## PROOF OF RIGHT TO PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

I, [Name of Person Filing Application] David D. Zimmerman

of [Address of Person Filing Application] 750 W. 16th Ave

[City, State, Zip Code] Anchorage, Alaska 99501

on behalf of Myself, the Claimant on the enclosed *Application for Payment of Dividend from Unclaimed Funds* form, file this *Proof of Right to Payment of Dividend From Unclaimed Funds*. In support of the Application, the undersigned has attached a sworn affidavit attesting to the identity of the person, or officer of the entity entitled to the unclaimed funds, the tax identification number or social security number of the creditor, and certifying that the person or entity on whose behalf this application is made, is a creditor in this bankruptcy case and is the rightful and exclusive claimant of the unclaimed funds for which application is made.

____ The claimant represents a corporation and provides evidence consisting of Certificate(s)/Articles of Incorporation, Certificate(s)/Article(s) of Mergers or Successor Corporations, Declarations or Reports from the Secretary of State for the state wherein incorporation occurred, invoices and/or statements sent to the Debtor for payment of debts owed to the creditor, a file stamped copy of the Proof of Claim filed in the case. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

____ The claimant is an individual and provides evidence consisting of document(s) which substantiate the claimant's creditor relationship with the debtor, a file stamped copy of the Proof of Claim filed in the case, a photocopy of the applicant's current driver's license or, in the place of a driver's license, other identification containing the applicant's photograph and current address. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

____ (If assisted in this Application, check this space also) The undersigned has entered into an agreement or otherwise represents that the undersigned is the Claimant and is being assisted in this Application. The terms and consideration of any such agreement have been attached to this Proof of Right to Unclaimed Funds. A Limited Power of Attorney on the form provided by the Clerk of the U.S. Bankruptcy Court has been completed and is attached to the Application for Payment of Dividend form. See attached "Qualifying Documentation Accepted as Proof of Right to Obtain Monies".

The undersigned certifies, under penalty of perjury, that the attachments submitted in support of this Proof of Right to Unclaimed Funds are filed in good faith and are intended to recover funds rightfully owned by the Creditor.

Date: 9/29/08           _____
                         Creditor's Signature

           Print Name: David D. Zimmerman

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

State of ALASKA )
)  **AFFIDAVIT IN SUPPORT OF PROOF**
)  **OF RIGHT TO PAYMENT OF DIVIDEND**
)  **FROM UNCLAIMED FUNDS**
County of _____ )

BEFORE ME, the undersigned Notary Public, on this day personally appeared DAVID DALE ZIMMERMAN who being by me first duly sworn, upon his oath deposed and said:

"My name is David Dale Zimmerman. I am over the age of eighteen years, have never been convicted of a felony, and am fully competent and qualified to make this Affidavit. My Social Security Number/Tax Identification Number is:

In Bankruptcy Case No. 95-00897, Debtor Raejean Bonham,

I hereby certify that I am the rightful and exclusive owner and that I am entitled to the dividend from unclaimed funds for which application is made. I further certify that such dividend is due and owing to me and that I am the creditor or an officer of the creditor duly authorized to apply for and receive the dividend of unclaimed funds for which this application is made." Further affiant sayeth not.

_____
Creditor's Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS 16th day of Sept. 2008, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR
The State of ALASKA
My Commission Expires on 11/5/2009

# UNITED STATES OF AMERICA

PASSPORT / PASSEPORT / PASAPORTE

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: [redacted]

Surname / Nom / Apellidos: ZIMMERMAN
Given names / Prénoms / Nombres: DAVID DALE
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: [redacted]
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: WASHINGTON U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 26 Jan 2001
Date of expiration / Date d'expiration / Fecha de caducidad: [redacted]
Authority / Autorité / Autoridad: National Passport Center
Amendments / Modifications / Enmiendas: See Page 24

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
NOT VALID UNTIL SIGNED

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

P<USAZIMMERMAN<<DAVID<<DALE<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<08

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

*Cynthia J. Zim*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

**PASSPORT**
**PASSEPORT**
**PASAPORTE**

**UNITED STATES OF AMERICA**

Type / Type / Tipo: **P**
Code / Code / Código: **USA**
Passport No. / No. du Passeport / No. de Pasaporte

Surname / Nom / Apellidos
**ZIMMERMAN**

Given names / Prénoms / Nombres
**CYNTHIA JILL**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento

Sex / Sexe / Sexo: **F**   Place of birth / Lieu de naissance / Lugar de nacimiento
**FLORIDA, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**29 Jan 2001**   Authority / Autorité / Autoridad
**National Passport Center**

Date of expiration / Date d'expiration / Fecha de caducidad

Amendments / Modifications / Enmiendas
**See Page 24**

P<USAZIMMERMAN<<CYNTHIA<JILL<<<<<<<<<<<<<<<<<<
<<<<<<<<<<<<<<<<<<<<<<<<<<<<00

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

RAEJEAN S. BONHAM

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER:
A97-0115 CR (HRH)

TO:
DAVID D. ZIMMERMAN
910 HARBOR CIRCLE
ANCHORAGE, ALASKA 99515

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Federal Building & U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513 | Judge Holland |
| | DATE AND TIME |
| | July 20, 1998<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

To verify receipt of this subpoena and to coordinate your appearance, please contact JoAnn Lillo, Witness Coordinator, Collect at (907) 271-5071.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| MICHAEL HALL | Apr. 27, 1998 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER  JOSEPH S. BECK, U.S. DOJ, P.O. Box 28188, Central Station, WA. D.C. 20038. (202) 514-0630; RETTA-RAE RANDALL, 222 West 7th Ave., #9, Anchorage, AK. 99513-7567, (907) 271-5071.

OFFICIAL FORM 10 (Modified by District of Alaska)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF ALASKA | PROOF OF CLAIM | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| In re (Name of Debtor): Raejean Bonham DBA World Plus | Case Number: F-95 00897-HAR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (Person to whom the debtor owes money or property):
David or Cynthia Zimmerman

☐ Check box if you are aware that anyone else has filed a roof of claim relating to your claim. Attach a copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

Name and Address Where Notices Should be Sent:
David or Cynthia Zimmerman
910 Harbor Cir.
Anchorage, AK 99515

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated:

1. BASIS FOR CLAIM:
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal Injury/Wrongful Death
☐ Taxes
☐ Other (Describe Briefly) Investment

☐ Retiree Benefits as Defined in 11 U.S.C. § 1114(a)
Wages, Salaries and Compensation (Fill Out Below):
Your Social Security Number: _____
Unpaid Compensation for Services Performed From: _____ To: _____

2. DATE DEBT WAS INCURRED: 1995
3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy code all claims are classified as one or more of the following: (1) Unsecured nonpriority; (2) Unsecured Priority; or (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF CLAIM.

☐ SECURED CLAIM: $_____
Attach evidence of perfection of security interest
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (describe briefly)

Amount of arrearage and other charges included in secured claim above, if any: $_____

☐ UNSECURED NON PRIORITY CLAIM: $_____
a claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM: $_____
Specify the priority of the claim.
☐ Wages, salaries, or commissions
(Up to *, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to ** of deposits towards purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
☐ Other - 11 U.S.C. § 507(a)(2), (a)(5) - (Describe Briefly)

*$4,000
**$1,800

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$_____ (Unsecured)   $_____ (Secured)   $_____ (Priority)   $65000.00 (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. FILING YOUR CLAIM: Your claim may be mailed or presented in person at: U.S. Bankruptcy Court, Old Federal Building, 605 W. 4th Ave., Suite 138, Anchorage, Alaska 99501-2296. **PLEASE NOTE** The court requires the filing of this claim in an original and one copy (to include all attachments). For proof of filing of your claim, enclose a stamped self-addressed envelope and a third copy of this proof of claim coversheet.

Date: Jan. 31, 1996

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Cynthia J. Zimm___

PENALTY FOR PRESENTING FRAUDULENT CLAIM: FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO 5 YEARS, OR BOTH. (18 U.S.C. § 152 AND § 3571)